# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **OLIVER S. MASON,** | ) | |
| | ) | 7:05CV5009 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
| | ) | |
| Defendant. | ) | |

Notice having been provided to the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation that this case may be a "tag-along" action to *In Re VIOXX Prods. Litig*, MDL No. 1657, established in the Eastern District of Louisiana, Defendant Merck & Co., Inc.'s motion to stay all proceedings pending transfer of this case to the Judicial Panel on Multidistrict Litigation (Filing 10) is granted.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED:**

Should transfer of this case be declined, the defendant shall arrange a telephone conference with the undersigned magistrate judge and counsel for plaintiff **within ten working days of such declination** for the purpose of scheduling of this case in the District of Nebraska.

DATED this 14th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge